# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>LILIA DE LEON REYES and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO.: 2:09-CV-1357 JAM DAD<br><br>Honorable John A. Mendez<br><br>**ORDER FOR DISMISSAL OF CASE WITH PREJUDICE**<br><br>[Filed concurrently with Stipulation for Dismissal of Case With Prejudice]<br><br>Complaint Filed: May 15, 2009 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

c:\documents and settings\hvine\desktop\09cv1357.o.928.doc

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER OF DISMISSAL**

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action with prejudice.

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).  The parties shall bear their own costs and attorneys' fees.

DATED:  09/28/2009         /s/ John A. Mendez_____
                           THE HONORABLE JOHN A. MENDEZ
                           UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  Submitted by:

2  BARGER & WOLEN LLP

3

4  _____

5  ROYAL F. OAKES
   MICHAEL A.S. NEWMAN
6  JAMES C. CASTLE
   Attorneys for Plaintiff
7  Metropolitan Life Insurance Company

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-

PDF created with pdfFactory trial version www.pdffactory.com